UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S. S.,

       Plaintiff,

    v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS),

       Defendant.

Case No. 26-cv-00611-VC

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. CV 24-6580.

       **IT IS SO ORDERED.**

Dated: January 22, 2026

_____

VINCE CHHABRIA
United States District Judge